UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-210-BR

| | |
|---|---|
| GLENN HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JIM AMMONS, et al., ) | |
| ) | |
| Defendants. ) | |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 7 April 2014.

_____
W. Earl Britt
Senior U.S. District Judge